No. 00–1344. WHEELER *v.* THOMAS F. WHITE & CO., INC., ET AL. C. A. 9th Cir. Certiorari denied.

No. 00–1347. JONAS *v.* UNISUN INSURANCE CO. ET AL. C. A. 4th Cir. Certiorari denied.

No. 00–1355. GANULIN *v.* UNITED STATES ET AL. C. A. 6th Cir. Certiorari denied.

No. 00–1357. BUCHBINDER ET UX. *v.* FRANCHISE TAX BOARD OF CALIFORNIA ET AL. C. A. 9th Cir. Certiorari denied.

No. 00–1358. DAVIDSON, COLORADO SECRETARY OF STATE *v.* CAMPBELL ET AL. C. A. 10th Cir. Certiorari denied.

No. 00–1362. MATCZAK ET AL. *v.* DAHL ET AL. C. A. 11th Cir. Certiorari denied.

No. 00–1364. NATIONAL ORGANIZATION OF VETERANS' ADVOCATES, INC. *v.* PRINCIPI, SECRETARY OF VETERANS AFFAIRS. C. A. Fed. Cir. Certiorari denied.

No. 00–1367. ABIDEKUN *v.* NEW YORK CITY TRANSIT AUTHORITY. C. A. 2d Cir. Certiorari denied.

No. 00–1368. BRAZAS *v.* BRAZAS ET AL. App. Ct. Ill., 2d Dist. Certiorari denied.

No. 00–1369. BARRETT *v.* BOROUGH OF CARLISLE. Commw. Ct. Pa. Certiorari denied.

No. 00–1384. BOYNE *v.* MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 00–1387. WHITLOCK CORP., FKA APEX AUTOMOTIVE WAREHOUSE, L. P. *v.* DELOITTE & TOUCHE, L. L. P. C. A. 7th Cir. Certiorari denied.

No. 00–1389. JAMES *v.* GENERAL MOTORS CORP. C. A. 7th Cir. Certiorari denied.